**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **V.** | : | **CRIMINAL NUMBER 24-324** |
| **TYMIR JAMES** | : | |

**ORDER**

And now this 29th day of October 2026, upon consideration of the defendant's unopposed Motion for Continuance (ECF #169) the sentencing hearing is **DENIED.**

By The Court

s/Paul S. Diamond, J.
Honorable Paul S. Diamond